The American Distilling Company, defendant in error, v. Everett W. Wilson, plaintiff in error. Gen. No. 7,447.

Asumpsit on promissory note. Judgment for plaintiff. Error to the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed January 31, 1925.

Burton & Hamilton and LeForgee, Black & Samuels, for plaintiff in error. Miller, Elliott & Westervelt, for defendant in error; Bruce E. Dwinell, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

Verner Kall, appellee, v. W. G. Block Company, appellant. Gen. No. 7,452.

Assumpsit for wages alleged to be due. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925. Rehearing denied April 9, 1925.

Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellant; Thomas P. Sinnett, of counsel. Francis C. King, for appellee.

Mr. Justice Partlow delivered the opinion of the court.